FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00754-CV

**IN THE INTEREST OF J.M.R.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01940
Honorable Raul Perales, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating Appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Appellant's brief was due on December 6, 2022. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant moved for a thirty-day extension of time to file the brief.

Appellant's motion is granted; the brief is due on January 5, 2022.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on December 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT